1  DAN SIEGEL, SBN 56400
   JANE BRUNNER, SBN 135422
2  SIEGEL & YEE
3  499 14th Street, Suite 220
   Oakland, CA  94612
4  Telephone: (510) 839-1200
   Facsimile: (510) 444-6698
5
6  Attorneys for Plaintiffs
   JOSEPHINE ORTEGA and
7  WENBO YUAN

8
                       IN THE UNITED STATES DISTRICT COURT
9
                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11

12 JOSEPHINE ORTEGA and                    )  Case No. C 11-04031 PSG
   WENBO YUAN,                             )
13                                         )  PLAINTIFFS' REQUEST FOR
                                           )  TELEPHONIC APPEARANCE IN
14               Plaintiffs,               )  CASE MANAGEMENT CONFERENCE
                                           )  AND [PROPOSED] ORDER
15 vs.                                     )
                                           )
16 THE REGENTS OF THE UNIVERSITY           )
   OF CALIFORNIA,                          )
17                                         )
                                           )
18               Defendant.                )
                                           )
19                                         )
                                           )
20                                         )
                                           )
21 _____)

22       Plaintiffs Josephine Ortega and Wenbo Yuan respectfully request telephonic appearance
23 for the Case Management Conference scheduled November 8, 2011.

24

25 Dated: November 1, 2011                        SIEGEL & YEE
26
                                                  By:  /s/ Jane Brunner_____
27                                                     Jane Brunner,
                                                       Attorneys for Plaintiffs
28

---
Ortega v. Regents of the University of California
Plaintiffs' Request for Telephonic Appearance – 1

1  IT IS HEREBY ORDERED, that

2      Plaintiffs Josephine Ortega and Wenbo Yuan are authorized for telephonic appearance

for the November 8, 2011, 2:00PM Case Management Conference in *Josephine Ortega and Wenbo Yuan v. the Regents of the University of California*.  Plaintiffs are directed to contact CourtCall to schedule a telephonic appearance.

    Dated: November 1, 2011

                                                            HONORABLE PAUL SINGH GREWAL
                                                            Judge, United States District Court