1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

12 | JOSEPHINE ORTEGA, ET AL.,           )   Case No.: C 11-04031 PSG
                                         )
13 |            Plaintiffs,               )   **ORDER RE PARTIES' PROPOSED**
       v.                                )   **STIPULATED PROTECTIVE ORDER**
14 |                                     )
   THE REGENTS OF THE UNIVERSITY         )   **(Re: Docket No. 33)**
15 | OF CALIFORNIA,                      )
                                         )
16 |            Defendant.               )
   _____       )
17

18       On July 13, 2012, the parties submitted a stipulated protective order governing disclosure of
19   confidential materials.  The court finds it more efficient to direct the parties to use one of the court's
20   model forms of protective order.  To the extent the parties wish to propose any deviation from a
21   model form, they should do so by redline.  Therefore,
22       IT IS HEREBY ORDERED that, no later than August 3, 2012, the parties shall submit a
23   revised form of protective order based on one of the court's model forms of protective order
24   available in the "Forms" section of the court's website (www.cand.uscourts.gov).
25       IT IS FURTHER ORDERED that, pending entry of the final form of protective order, the
26   handling of confidential information shall be governed by the provisions of the court's model
27
28

Case No.: 11-4031 PSG
ORDER

1 | stipulated protective order for standard litigation.

2 |        IT IS SO ORDERED.

3 | Dated:   7/23/2012

_____
PAUL S. GREWAL
United States Magistrate Judge

Case No.: 11-4031 PSG
ORDER