1  MICHAEL T. LUCEY (SBN: 099927)
   mlucey@gordonrees.com
2  MARCIE S. ISOM (SBN: 226906)
   misom@gordonrees.com
3  GORDON & REES LLP
   275 Battery Street, 20th Floor
4  San Francisco, CA  94111
   Telephone:  (415) 986-5900
5  Facsimile:  (415) 986-8054

6  Attorneys for Defendant
   THE REGENTS OF THE UNIVERSITY OF CALIFORNIA
7

   DAN SIEGEL (SBN: 56400)
8  JANE BRUNNER (SBN: 135422)
   KEVIN BRUNNER (SBN: 271510)
9  SIEGEL & YEE
   499 14TH Street, Suite 300
10 Oakland, CA 94612
   Telephone: (510) 839-1200
11 Facsimile: (510) 444-6698

12 Attorneys for Plaintiffs
   JOSEPHINE ORTEGA and
13 WENBO YUAN

14
                    UNITED STATES DISTRICT COURT
15
                   NORTHERN DISTRICT OF CALIFORNIA
16
                          SAN JOSE DIVISION
17

18 JOSEPHINE ORTEGA and WENBO YUAN,  )  CASE NO.  C11-04031 PSG
                                     )
19              Plaintiffs,           )  **STIPULATION AND [PROPOSED]**
                                     )  **ORDER TO CONTINUE TRIAL**
20      vs.                           )  **DATE TO FEBRUARY 25, 2013**
                                     )
21 THE REGENTS OF THE UNIVERSITY OF  )  Trial Date: January 28, 2013
   CALIFORNIA,                        )  Ct. Rm.:     5
22                                    )
                Defendant.            )
23                                    )
                                     )
24 _____)

25

26      WHEREAS this case was originally set for trial on December 3, 2012;

27      WHEREAS on October 2, 2012, this Court continued the trial date to January 28, 2013;

28      WHEREAS the parties anticipate the trial will likely last 10-14 court days;

- 1 -
STIPULATION AND ~~PROPOSED~~ ORDER

WHEREAS Defendants' trial counsel, Marcie Isom, has a pre-planned vacation to Disneyland to celebrate her daughter's 5th birthday February 7-10, 2013, during which time the parties anticipate they will still be in trial;

WHEREAS Defendants' other trial counsel, Michael Lucey, has a case (*Hunt v. Walmart*) set for trial in San Joaquin County Superior Court for January 8, 2013 that he initially thought would resolve prior to trial, but now anticipates will be tried and that it will potentially conflict with the currently set trial date;

NOW, THEREFORE, it is hereby AGREED AND STIPULATED as follows:

**1.** That the trial date be continued to **February 25, 2013** or as soon thereafter as the Court has available.

**2.** That the pre-trial conference currently set for January 15, 2013, be continued to **February 12, 2013**, or as soon thereafter as the Court has available.

IT IS SO STIPULATED.

Dated: November 27, 2012                     GORDON & REES LLP

                                             By:  */s/ Marcie S. Isom*
                                                  MARCIE S. ISOM
                                             Attorneys for Defendant


Dated: November 27, 2012                     SIEGEL & YEE

                                             By:  */s/ Kevin Brunner*
                                                  KEVIN BRUNNER
                                             Attorneys for Plaintiffs


IT IS SO ORDERED.

Dated:  November 29, 2012

                                             HONORABLE MAGISTRATE JUDGE
                                             PAUL S. GREWAL