1  MICHAEL T. LUCEY (SBN: 099927)
   mlucey@gordonrees.com
2  MARCIE S. ISOM (SBN: 226906)
   misom@gordonrees.com
3  GORDON & REES LLP
   275 Battery Street, 20th Floor
4  San Francisco, CA 94111
   Telephone: (415) 986-5900
5  Facsimile: (415) 986-8054

6  Attorneys for Defendant
   THE REGENTS OF THE UNIVERSITY OF CALIFORNIA
7

   DAN SIEGEL (SBN: 56400)
8  JANE BRUNNER (SBN: 135422)
   KEVIN BRUNNER (SBN: 271510)
9  SIEGEL & YEE
   499 14TH Street, Suite 300
10 Oakland, CA 94612
   Telephone: (510) 839-1200
11 Facsimile: (510) 444-6698

12 Attorneys for Plaintiffs
   JOSEPHINE ORTEGA and
13 WENBO YUAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| JOSEPHINE ORTEGA and WENBO YUAN, | ) CASE NO. C11-04031 PSG |
|---|---|
| Plaintiffs, | ) **STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL DATE TO FEBRUARY 25, 2013** |
| vs. | ) |
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, | ) Trial Date: January 28, 2013<br>) Ct. Rm.: 5 |
| Defendant. | ) |

WHEREAS this case was originally set for trial on December 3, 2012;

WHEREAS on October 2, 2012, this Court continued the trial date to January 28, 2013;

WHEREAS the parties anticipate the trial will likely last 10-14 court days;

WHEREAS Defendants' trial counsel, Marcie Isom, has a pre-planned vacation to Disneyland to celebrate her daughter's 5th birthday February 7-10, 2013, during which time the parties anticipate they will still be in trial;

WHEREAS Defendants' other trial counsel, Michael Lucey, has a case (*Hunt v. Walmart*) set for trial in San Joaquin County Superior Court for January 8, 2013 that he initially thought would resolve prior to trial, but now anticipates will be tried and that it will potentially conflict with the currently set trial date;

NOW, THEREFORE, it is hereby AGREED AND STIPULATED as follows:

**1.** That the trial date be continued to **February 25, 2013** or as soon thereafter as the Court has available.

**2.** That the pre-trial conference currently set for January 15, 2013, be continued to **February 12, 2013**, or as soon thereafter as the Court has available.

IT IS SO STIPULATED.

Dated: November 27, 2012         GORDON & REES LLP

                                 By:  */s/ Marcie S. Isom*
                                      MARCIE S. ISOM
                                 Attorneys for Defendant

Dated: November 27, 2012         SIEGEL & YEE

                                 By:  */s/ Kevin Brunner*
                                      KEVIN BRUNNER
                                 Attorneys for Plaintiffs

IT IS SO ORDERED.

Dated:  November 29, 2012        _____
                                 HONORABLE MAGISTRATE JUDGE
                                 PAUL S. GREWAL