UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPHINE ORTEGA and WENBO YUAN, | Case No.: C 11-04031 PSG |
| Plaintiffs, | **ORDER RE LETTER FROM COUNSEL** |
| v. | |
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, | **(Re: Docket No. 72)** |
| Defendant. | |

Before the court are two requests presented by Defendant Regents of the University of California's ("Regents") letter regarding the upcoming trial in this case.

First, the court GRANTS Regents' request to excuse Michael Lucey from attending the February 12, 2013 pre-trial conference.

Second, the court GRANTS the parties' request to submit a juror questionnaire for the court's consideration. The court cautions the parties that it will not resolve any disputes over the questionnaire, and that even if the parties agree entirely the court will include only those questions it deems appropriate. The parties shall submit any jointly-proposed juror questionnaire along with their other pretrial materials no later than 10 days before the pre-trial conference. At the

1

Case No.: 11-04031 PSG
ORDER RE LETTER FROM COUNSEL

conference the court will discuss the exact procedure for distributing the questionnaire and gathering and utilizing the responses.

IT IS SO ORDERED.

Dated: January 25, 2013

_____
PAUL S. GREWAL
United States Magistrate Judge

Case No.: 11-04031 PSG
ORDER RE LETTER FROM COUNSEL

2