1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| JOSEPHINE ORTEGA and WENBO YUAN, | ) | Case No.: C 11-04031 PSG |
| | ) | |
| Plaintiffs, | ) | **ORDER RE NOTICE OF** |
| v. | ) | **SETTLEMENT** |
| | ) | |
| THE REGENTS OF THE UNIVERSITY OF | ) | **(Re: Docket No. 100)** |
| CALIFORNIA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

On February 15, 2013, the parties filed a notice of tentative settlement in this case. The parties indicated that they are still in the process of drafting settlement terms. Trial is currently scheduled to begin on February 25, 2013.

The parties must submit a notice of voluntary stipulation for dismissal before the court will take the trial date off calendar. In light of the impending trial date, and to avoid expending unnecessary court and community resources, the parties are advised to file such stipulation no later than February 21, 2013.

Case No.: 11-04031 PSG
ORDER RE NOTICE OF SETTLEMENT

1    IT IS SO ORDERED.

2    Dated: February 19, 2013

3                                                    _____
4                                                    PAUL S. GREWAL
                                                     United States Magistrate Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No.: 11-04031 PSG
ORDER RE NOTICE OF SETTLEMENT