1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| JOSEPHINE ORTEGA and WENBO YUAN, | ) | Case No.: C 11-04031 PSG |
| Plaintiffs, | ) ) | **ORDER RE NOTICE OF** |
| v. | ) ) | **SETTLEMENT** |
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, | ) ) ) | |
| Defendant. | ) ) ) | |
| | ) ) | |

On February 15, 2013, the parties filed a notice of tentative settlement in this case. The parties indicated that they are still in the process of drafting settlement terms. As a result, the court took the trial date off calendar.

Several months have passed and the parties have yet to submit a voluntary stipulation for dismissal. Accordingly, no later than May 17, 2013, the parties are directed to submit a joint letter brief explaining the status of the settlement and when the parties expect to file a stipulation for dismissal.

Case No.: 11-04031 PSG
ORDER RE NOTICE OF SETTLEMENT

1    IT IS SO ORDERED.

2    Dated: May 13, 2013

3                                          _____
                                           PAUL S. GREWAL
4                                          United States Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No.: 11-04031 PSG
ORDER RE NOTICE OF SETTLEMENT