UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPHINE ORTEGA and WENBO YUAN,<br><br>    Plaintiffs,<br>    v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>    Defendant. | Case No.: C 11-04031 PSG<br><br>**ORDER RE NOTICE OF SETTLEMENT** |

On February 15, 2013, the parties filed a notice of tentative settlement in this case. The parties indicated that they are still in the process of drafting settlement terms. As a result, the court took the trial date off calendar.

Several months have passed and the parties have yet to submit a voluntary stipulation for dismissal. Accordingly, no later than May 17, 2013, the parties are directed to submit a joint letter brief explaining the status of the settlement and when the parties expect to file a stipulation for dismissal.

1

Case No.: 11-04031 PSG
ORDER RE NOTICE OF SETTLEMENT

IT IS SO ORDERED.

Dated: May 13, 2013

                                              _____
                                              PAUL S. GREWAL
                                              United States Magistrate Judge

2

Case No.: 11-04031 PSG
ORDER RE NOTICE OF SETTLEMENT